IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLIAM RICHARD HILLIARD, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Government's Motion to Seal (Doc. 37), which requests that the Court seal the Government's Motion for Court Appointed Guardian Ad Litem Pursuant to 18 U.S.C. § 3509(h) (Doc. 38) and attachment (Doc. 38-1).

The Court has considered the Motion to Seal, the public's interest in access to the subject materials, and alternatives to sealing. The Court determines that sealing, in part, is necessary in this case, and that less restrictive means of handling the information are not sufficient, as the subject filing contains personal information concerning minors. The sealing ordered herein shall be permanent, subject to further Order of the Court.

Accordingly, the Defendant's Motion to Seal (Doc. 37) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to the Government's Motion for Court Appointed Guardian Ad Litem Pursuant to 18

U.S.C. § 3509(h) (Doc. 38) which shall be **SEALED** and remain sealed until further Order of the Court. The Motion is **DENIED** with respect to the attachment (Doc. 38-1), which will not be sealed.

Signed: July 24, 2019

W. Carleton Metcalf
United States Magistrate Judge