# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:19 CR 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM RICHARD HILLIARD, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion to Seal (Doc. 51) filed by Timothy J. Tyson, who has been appointed as Guardian ad Litem for certain minor children involved in this matter. The Motion seeks the sealing of Mr. Tyson's Report of Guardian ad Litem (Doc. 50) ("Report").[1]

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

---

[1] While the Motion to Seal requests the sealing of a "Motion for Court Appointed Guardian ad Litem," as such a document was previously placed under seal by Order dated July 24, 2019 (Doc. 40), and further as the Motion to Seal was filed contemporaneously with Mr. Tyson's Report, the Court construes the instant filing as a motion to seal the Report.

Here, the Court has considered the Motion to Seal (Doc. 51), the public's interest in access to the Report and alternatives to sealing. The Court determines that sealing is necessary, as less restrictive means of handling the information are not sufficient. The Motion to Seal has appeared on the docket since February 3, 2020, and the Report contains personal information concerning minor children involved in this matter, which information is ordinarily placed under seal pursuant to 18 U.S.C. § 3509(d)(2).

Accordingly, Defendant's Motion to Seal (Doc. 51) is **GRANTED**, and the Report of Guardian ad Litem (Doc. 50) ("Report") is **SEALED** and shall remain sealed until further Order of the Court.

Signed: February 10, 2020

W. Carleton Metcalf
United States Magistrate Judge