# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:19 CR 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM RICHARD HILLIARD, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

This matter is before the Court on the Government's Motion to Order Defendant to Have No Contact with Any Case Victims (Doc. 53), which seeks an Order directing that Defendant, from the present until sentencing, have no further contact with any of the child victims in this case.

The Motion states that the request is consistent with the recommendations of Tim Tyson, <u>see</u> (Doc. 50), who has been appointed as the Guardian ad Litem for certain child victims, advises that Defendant does not object to the Motion, and references 18 U.S.C. § 3771(a) which provides that crime victims have the right to be reasonably protected from the accused.

For good cause shown, and for the reasons stated therein, the Government's Motion to Order Defendant to Have No Contact with Any Case Victims (Doc. 53) is **GRANTED**, and it is ordered that Defendant shall have no

contact by any means with any victim, as named in the Sealed Addendum to Factual Basis (Doc. 28), from the date of this Order until sentencing or further Order of the Court, whichever first occurs.

Signed: February 12, 2020

W. Carleton Metcalf
United States Magistrate Judge